## STEPHENSON v. STATE.
### No. 23747.

Court of Criminal Appeals of Texas.
June 4, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for carrying a pistol with a penalty of $105.

The record before us contains no bills of exception. The statement of facts was not signed by the county judge and, consequently, is in no position to be considered by us. Nothing is presented for our consideration.

The judgment of the trial court is affirmed.